DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 204P12 | Estate of Robert E. Browne, III; Shelby V.T. Clark; Jeanne F. Clark; John H. Loughridge, Jr.; Elford Hamilton Morgan; Jane Smith Morgan; and Norwood Robinson v. G. Kennedy Thompson; Thomas J. Wurtz; Donald K. Truslow; Robert K. Steel; Wachovia Corporation; Wells Fargo & Company (as successor-in-interest to Wachovia Corporation); and KPMG, LLP | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-852) | Denied |
|---|---|---|---|
| 228P12 | State v. Kevin Martel Laney | 1. Def's NOA Based Upon a Constitutional Question (COA11-1173)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31<br><br>5. Def's Motion to Amend NOA and PDR<br><br>6. Def's Second Motion to Amend NOA and PDR | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as Moot<br><br>5. Allowed<br><br>6. Allowed<br><br>**Beasley, J., Recused** |
| 238P12 | State v. Tavaris Lamont Fowler | 1. Def's NOA Based Upon a Constitutional Question (COA11-1414)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 260P12 | Arthur C. Taddei and Elizabeth A. Teddei v. Village Creek Property Owners Association, Inc. and Allen E. Renz | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-650-2) | Denied |